**FINISAR CORPORATION, Plaintiff–Cross Appellant,**

v.

**The DIRECTV GROUP, INC., DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC, Hughes Network Systems, Inc., and DirecTV, Inc., Defendants–Appellants.**

Nos. 2007–1023, 2007–1024.

United States Court of Appeals, Federal Circuit.

Feb. 16, 2007.

Gregory A. Castanias, Jennifer L. Swize, Jones Day, Washington, DC, Victor G. Savikas, Kevin G. McBride, Louis Touton, Jones, Day, Los Angeles, CA, for Defendants–Appellants.

Larry R. Laycock, Charles L. Roberts, C.J. Veverka, Workman Nydegger, David R. Todd, Workman, Nydegger & Seeley, A., Salt Lake City, UT, Stanley J. Panikowski, DLA Piper U.S. LLP, San Diego, CA, for Plaintiff–Cross Appellant.

ON MOTION

RANDALL R. RADER, Circuit Judge.

*ORDER*

Finisar Corporation moves to require the appellants to designate for inclusion in the joint appendix demonstrative exhibits that were not filed with the district court or, in the alternative, to "correct the record." The appellants oppose.

Because the demonstrative exhibits were not filed with the district court, they are not part of the record on appeal and thus should not be included in the joint appendix. Finisar has not shown that the record should be corrected to include demonstrative exhibits that were not filed with the district court, especially when other demonstrative exhibits were filed with the district court.

Accordingly,

IT IS ORDERED THAT:

Finisar's motion is denied.

**ARK WELDING CO., INC., Plaintiff–Appellant,**

v.

**MEYER PRODUCTS, INC., Defendant–Appellee.**

No. 2006–1453.

United States Court of Appeals, Federal Circuit.

Feb. 20, 2007.

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.